# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00716-CR
## NO. 03-12-00717-CR
## NO. 03-12-00718-CR

**Courtney Trapp, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE DISTRICT COURT OF HAYS COUNTY, 207TH JUDICIAL DISTRICT
NOS. CR-05-796, CR-11-0974, & CR-11-0983,
THE HONORABLE JACK H. ROBISON, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellant's brief was originally due May 22, 2013. By letter dated June 6, 2013, this Court's clerk sent notice to appellant's court-appointed counsel, Alexander Calhoun, informing him that the brief was overdue. In response, Calhoun filed a motion requesting an extension of time to file the brief, which this Court granted. Appellant's brief was then due on or before July 22, 2013. No brief was filed. By letter dated August 6, 2013, this Court's clerk sent notice to Calhoun informing him that the brief was again overdue. In response, Calhoun filed a second motion requesting an extension of time to file the brief, which this Court again granted, advising counsel that no further extensions would be granted. Appellant's brief was then due on or before September 23, 2013. To date, no brief has been filed and the brief is again overdue.

We hereby order appellant's counsel, Alexander Calhoun, to tender a brief in this cause no later than November 5, 2013. Failure to file the brief by that date will result in counsel being called before this Court to show cause why he should not be held in contempt for violating this order, and the cause will be abated with instructions to the trial court to appoint substitute counsel to represent appellant on this appeal.

It is so ordered on this the 22nd October, 2013.


Before Justices Puryear, Justices Rose and Goodwin